IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| THE UNITED STATES OF AMERICA | ' |
| Plaintiff | ' |
| vs. | ' |
| THE COMMONWEALTH OF PUERTO RICO; | ' |
| The Honorable PEDRO J. ROSSELLO, Governor of the Commonwealth of Puerto Rico, in his official capacity; | '    CIVIL 94-2080CCC |
| THE JUVENILE INSTITUTIONS ADMINISTRATION; | ' |
| ZORAIDA BUXO, Secretary of the Department of Corrections and Rehabilitation, in her official capacity; | ' ' ' |
| MIGUEL RIVERA, Director, Juvenile Institutions Administration, in his official capacity; | ' ' |
| DR. CARMEN FELICIANO VDA. DE MELECIO, Secretary of Health, Department of Health, in her official capacity; | ' ' |
| DR. NESTOR GALARZA, Director, Anti-Addiction Services Department, in his official capacity; | ' ' ' |
| VICTOR FAJARDO, Secretary, Department of Education, in his official capacity; | ' ' |
| PEDRO PIERLUISI, Secretary, Justice Department of the Commonwealth of Puerto Rico, in his official capacity; | ' ' |
| CARMEN RODRIGUEZ, Secretary, Department of Social Services, in her official capacity; | ' ' |
| DANIEL VAZQUEZ TORRES, Director Humacao Detention Center, in his official capacity; | ' ' |

CIVIL 94-2080CCC

| | |
|---|---|
| EDGARD ORTIZ ALBINO, Director,<br>Mayaguez Industrial School, in<br>his official capacity; | '<br>'<br>' |
| NORMA CRUZ, Director, Ponce<br>Central Training School, in her<br>official capacity | '<br>'<br>' |
| FRANCISCA APONTE, Director, Ponce<br>Victoria Street Training Center,<br>in her official capacity; | '<br>'<br>' |
| PAULITO DIAZ DE GARCIA, Director,<br>Ponce Detention Center for Girls<br>and Ponce Industrial School for<br>Girls and Boys, in her official<br>capacity; | '<br>'<br>'<br>' |
| JULIO CUALIO BONET, Director,<br>Guaynabo Training School, in<br>his official capacity; and | '<br>'<br>' |
| LYDIA LASALLE, Acting Director,<br>Central Metropolitan Training<br>School of Bayamon, in her<br>official capacity;<br>Defendants | '<br>'<br>'<br>' |

# O R D E R

Having considered defendants' Urgent Motion for Continuance of Evidentiary Hearing filed on May 3, 2007 (docket entry 705) and the opposition of the United States filed on May 4, 2007 (docket entry 706), said motion is DENIED. The evidentiary hearing will be held as scheduled on MAY 7, 2007. Defendants well know that the parties and the Court must work within the tight timeframe of the PLRA and that a determination on their termination motion must be issued before the June 6, 2007 deadline. A continuance of the May 7, 2007 hearing for at least a week, as requested, compromises the Court's ability to render an informed decision in this complex matter. This hearing is not a one-day affair but was estimated to last at least three days at our last in-chambers conference and includes the testimony of several experts as well as close examination of the Monitor's report on the PLRA issues.

The following motions on discovery disputes, which would compel a continuance of the

CIVIL 94-2080CCC

May 7, 2007 hearing if granted, are DENIED: Urgent Motion Requesting Order to Produce Experts' Witnesses for Depositions (docket entry 698), Urgent Motion to Compel and for Protective Order (docket entry 702) and Motion to Compel Plaintiffs to Adequately Respond to Interrogatories (docket entry 707).

    SO ORDERED.

    At San Juan, Puerto Rico, on May 4, 2007.

                                            S/CARMEN CONSUELO CEREZO  
                                            United States District Judge