IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.

COMMONWEALTH OF PUERTO RICO, et al.,

Defendants.

CASE NO. 94-2080 (GAG)

## EMERGENCY ORDER REGARDING COVID-19 PRECAUTIONS IN NIJ FACILITIES

The President of the United States has declared a state of national emergency due to the Coronavirus pandemic. Cases of Coronavirus have already been confirmed in Puerto Rico, and the Governor's Office has imposed a curfew and widespread restrictions on business and government operations. It is critical that the Department of Corrections and Rehabilitation ensure the safety of youth in its care and custody by having adequate measures in place to protect youth and staff against the spread of COVID-19, and respond should actual or suspected cases arise.

On Saturday, March 14, 2020, the Department of Corrections and Rehabilitation (DCR) provided to the Monitor and to the Court a copy of its Protocol for Responding to COVID-19. The Protocol addresses both adults and youth facilities and includes various provisions to prevent the introduction and spread of COVID-19 in facilities, and to address suspected cases involving staff. DCR has continued to provide other pertinent documents to the Monitor developed by its health care provider, which address the medical response to COVID-19 threats in facilities, and has been in daily contact with the Monitor regarding steps being taken to safeguard youth in the facilities.

**Civil No. 94-2080 (GAG)**

Unprecedented measures are being taken, and must continue to be taken in DCR youth facilities, and throughout Puerto Rico, and nationally to address this pandemic.

In order to further safeguard and protect the health, safety and lives of youth detained in the facilities operated by the DCR, the Court reminds DCR that information shall be provided on a daily basis, or as requested by the Monitor, including information regarding problems or concerns with implementation of the above emergency measures, and information regarding any actual or suspected cases of Coronavirus involving staff, youth in custody, or other individuals who may have transmitted the virus to these.

The Monitor shall ensure that DCR implements and observes the above measures as well as those identified in the Protocol for Responding to COVID-19 as it relates to youth in DCR's custody.

The Monitor and the undersigned shall remain available around-the clock-as needed in this matter.

SO ORDERED.

In San Juan, Puerto Rico, this 18th day of March of 2020.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge