IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA

    Plaintiff,

    v.                                    CIVIL ACTION NO. 94-2080 (GAG)

COMMONWEALTH OF PUERTO RICO

    Defendant,

## ORDER

The COVID-19 pandemic constitutes an unprecedented challenge to how Courts operate to continue serving the ends of justice. Likewise, effective federal consent decree monitoring, which requires to a large extent visits and meetings, also requires Court to think outside the box. Fortunately, in 2020 the available technology allows federal courts and their monitors to capably operate.

In light of the above, the Court hereby authorizes and directs the Monitor to use all available technology to continue to perform all monitoring functions during the COVID-19 pandemic. This includes, but it not limited to, visits to NIJ facilities, meetings, interviews with staff and youth, as well as the electronic transfer of documents, videos and/or photos.

While such steps are to be taken immediately, by May 4th, the Monitor shall submit a calendar of events and other requests for the quarter, along with the purpose for each.

The Commonwealth agencies in this case shall immediately discuss with the Monitor and USDOJ all available IT mechanisms in order to continue effective self-monitoring. While

updating and purchasing equipment may have an added cost, such expenses should be minimal and may be available with existing IT equipment.

**SO ORDERED.**

In San Juan, Puerto Rico, this 20th day of April, 2020.

*s/ Gustavo A. Gelpi*
GUSTAVO A. GELPI
Chief United States District Judge