IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 94-2080 (FAB) |

**ORDER**

"UNITED STATES' RESPONSE TO COMMONWEALTH'S REQUEST FOR EXTENSION OF TIME AND MOTION FOR FURTHER RELIEF" (Docket No. 1795) is **NOTED.**

The Commonwealth has been granted until August 17, 2022 to submit its staffing plan.  See Docket No. 1797.  Every 14 days, on dates set by the Monitor prior to August 17, 2022, the Monitor will convene the parties as necessary to discuss the staffing report.  The Commonwealth will provide the United States and the Monitor with updates, by e-mail, describing its progress in the development of its staffing plan.  **No later than August 24, 2022**, the Commonwealth will file, restricted to the Court, the Monitor and the United States, its final timeline for creating its status plan.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, July 5, 2022.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE