```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 94-2080 (FAB) |

**ORDER SCHEDULING STATUS CONFERENCE**

A status conference is scheduled for **August 10, 2022 at 2:00 p.m.** in Courtroom 5 on the fifth floor of the U.S. Courthouse in Old San Juan.

The following persons are ordered to be present at the conference:

1. Monitor Kim Tandy and those members of the monitoring team who Ms. Tandy determines should be present

2. Gabriel A. Peñagarícano, counsel for the Commonwealth of Puerto Rico and the Department of Corrections and Rehabilitation

3. Rafael Barreto, counsel for the Commonwealth of Puerto Rico and the Department of Corrections and Rehabilitation

4. Sixto Marrero-Rodríguez, Deputy Secretary, Department of Corrections and Rehabilitation

Civil No. 94-2080 (FAB)                                                2

    5.   Joseph Feldstein, Compliance Officer, Department of Corrections and Rehabilitation.

    6.   Gineima Ojeda-Richardson, Department of Corrections and Rehabilitation

    7.   Carmen Malavé, Department of Corrections and Rehabilitation

    8.   Zulma Matías, Department of Corrections and Rehabilitation

    9.   Rafael Malavé, Director, Villalba Institution, Department of Corrections and Rehabilitation

    10.  Gloria Echevarría, Director, Ponce Institution, Department of Corrections and Rehabilitation

    11.  Virgen Vega, Department of Corrections and Rehabilitation

    12.  Luis Ortiz, Department of Corrections and Rehabilitation

    13.  Dora Martínez, Department of Corrections and Rehabilitation

    14.  Edgardo González, General Services Administration

    15.  Pedro de Jesús, Counsel, Office of Management and Budget

    16.  Maritza Beltrán, AFI

    17.  Gustavo Rivera **or** Eric Sepúlveda **or** Yamilet Irene Abel, Fiscal Office of Management and Budget

Civil No. 94-2080 (FAB)                                                    3

    18.    María del Mar Ortiz, Assistant Chief of Staff, Office of the Governor, Commonwealth of Puerto Rico

    The matters to be discussed at the status conference are:

    1.    Update on new management and leadership structure within DCR/NIJ, including the new director and the manager of programs, the Compliance Officer, and the role of Deputy Secretary Sixto Marrero and others he has brought in as his management team.

    2.    Progress on staffing plan

    3.    Update on Benchmarks agreed to by the United States and the Commonwealth

        a.    Repairs to Ponce and Villalba for paragraph 31

        b.    Purchase and Installation of additional video cameras

        c.    Regulation of housing unit temperatures

        d.    Supervisory vacancies in Ponce and Villalba

    4.    Efforts to improve behavior management system, including plans for behavior management, and Dr. Shiara Francisquini's ongoing role with those efforts.

    5.    Issues in Second Quarterly Report draft

    **IT IS SO ORDERED.**

    San Juan, Puerto Rico, July 28, 2022.

                                        s/ Francisco A. Besosa
                                        FRANCISCO A. BESOSA
                                        SENIOR UNITED STATES DISTRICT JUDGE